IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROMAN P. OSADCHUK et al** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-24 |
| | : | |
| **CITIMORTAGE , INC., et al** | : | |

## ORDER

**AND NOW**, this 12th day of August 2015, upon consideration of Defendant Fein, Such, Kahn & Shepard, P.C.'s Motion to Dismiss and Transfer Venue (ECF Doc. No. 21) and Plaintiffs' Opposition (ECF Doc. No. 27); Defendant CitiMortgage, Inc.'s Motion to Dismiss (ECF Doc. No. 24) and Plaintiffs' Opposition (ECF Doc. No. 27); and, for the reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions are **GRANTED in part** and this matter is **TRANSFERRED** to the District of New Jersey under 28 U.S.C. § 1406(a).

The Clerk of Court shall close this matter.

**KEARNEY, J.**